UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ESAU DOZIER, | Case No. 2:08-cv-00489-KJD-GWF |
| Petitioner, | ORDER |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

This is a 28 U.S.C. § 2254 habeas petition for writ of habeas corpus.  On February 26, 2018, this court granted petitioner Esau Dozier's motion for relief from judgment, vacated its order dismissing the petition, and reopened this matter (ECF No. 48).  The Federal Public Defender has filed a motion to be appointed as counsel to represent Dozier (ECF No. 49).  Good cause appearing,

**IT IS ORDERED** that petitioner's motion for appointment of counsel (ECF No. 49) is **GRANTED**. The Federal Public Defender for the District of Nevada (FPD) is appointed to represent petitioner.

**IT IS FURTHER ORDERED** that respondents' motion for extension of time to file an answer to the remaining grounds (ECF No. 50) is **GRANTED**.  Respondents shall file the answer within **sixty (60) days** of the date of this order.

DATED: 30 March 2018.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE