UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ESAU DOZIER,

                Petitioner,

v.

DWIGHT NEVEN, et al.,

                Respondents.

Case No. 2:08-cv-00489-KJD-GWF

ORDER

This is a counseled 28 U.S.C. § 2254 habeas petition for writ of habeas corpus by petitioner Esau Dozier. Before the court is respondents' motion for extension of time to file an answer to the remaining claims (ECF No. 52). Good cause appearing,

**IT IS ORDERED** that respondents' motion for extension of time to file an answer (ECF No. 52) is **GRANTED** *nunc pro tunc*.

DATED: 16 August 2018.

                                            KENT J. DAWSON
                                            UNITED STATES DISTRICT JUDGE